**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6971**

———————

BERNARD GREGORY LAMP,

Plaintiff - Appellant,

and

DONALD WAYNE DAY,

Plaintiff,

versus

VIRGINIA PAROLE BOARD, State Agency; GENE
JOHNSON, Director, Virginia Department of
Corrections; CAROL WALLACE, Warden; GARY
GRAHAM, Operations Officer; JOHN DOES; JANE
DOES,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge. (CA-03-12-3)

———————

Submitted:  October 9, 2003          Decided:  October 21, 2003

———————

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Bernard Gregory Lamp, Appellant Pro Se.  Jerry Walter Kilgore,
Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard Gregory Lamp seeks to appeal the order dismissing his 42 U.S.C. § 1983 (2000) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Because the district court dismissed fewer than all claims of all parties in the order Lamp seeks to appeal, the order is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2